# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**22**
**CA 13-00980**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND DEJOSEPH, JJ.

---

ADAM VILLAR, PLAINTIFF-APPELLANT,

                       V                      MEMORANDUM AND ORDER

TIMOTHY B. HOWARD, ERIE COUNTY SHERIFF,
DEFENDANT-RESPONDENT.
(APPEAL NO. 2.)

---

CONNORS & VILARDO, LLP, BUFFALO (PAUL A. WOODARD OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

MICHAEL A. SIRAGUSA, COUNTY ATTORNEY, BUFFALO (KENNETH R. KIRBY OF
COUNSEL), FOR DEFENDANT-RESPONDENT.

---

    Appeal from an order of the Supreme Court, Erie County (Shirley
Troutman, J.), entered April 3, 2013.  The order denied the motion of
plaintiff for leave to amend his complaint.

    It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

    Same memorandum as in *Villar v Howard* ([appeal No. 1] ___ AD3d
___ [Mar. 20, 2015]).

Entered:  March 20, 2015                   Frances E. Cafarell
                                            Clerk of the Court